IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS PENSION FUND OF ILLINOIS, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CIVIL ACTION |
| DAVID KURTZ, individually and d/b/a LANGELAND CONSTRUCTION CO., a/k/a W.C. LANGELAND & CO., INC., | ) ) ) ) | NO. 12 C 3776 JUDGE EDMOND E. CHANG |
| KIMBERLY KURTZ, individually and d/b/a LANGELAND CONSTRUCTION CO., a/k/a W.C. LANGELAND & CO., INC., | ) ) ) ) ) | |
| Defendants. | ) | |

**JUDGMENT ORDER**

This matter coming on to be heard upon the Motion of Plaintiffs, by their counsel, it appearing to the Court that the Defendant, DAVID KURTZ, individually and d/b/a LANGELAND CONSTRUCTION CO., a/k/a W.C. LANGELAND & CO., INC. and KIMBERLY KURTZ, individually and d/b/a LANGELAND CONSTRUCTION CO., a/k/a W.C. LANGELAND & CO., INC., having been regularly served with process and having failed to appear, plead or otherwise defend, and default of said Defendant having been taken, the Court, first being fully advised in the premises and upon further evidence submitted herewith, FINDS:

 1. It has jurisdiction of the subject matter herein and of the parties hereto.

 2. The Defendants are bound by the terms of the collective bargaining agreement referred to in Plaintiffs' Complaint.

3. The Defendants are obligated to report and pay contributions to each of the Plaintiff Funds on behalf of their bargaining unit employees in accordance with the collective bargaining agreement.

4. The Defendants are bound by all the terms and conditions set forth in the Agreements and Declarations of Trust governing the Plaintiff Funds.

5. Defendants made available to the Plaintiffs their payroll books and records for the purpose of taking an account as to all employees of the Defendants performing work covered by the collective bargaining agreement to determine amounts due to Plaintiffs.

6. Plaintiffs, by the accounting firm of Bansley and Kiener, LLP, caused an audit to be made to cover the period January 2010 through September 2012.

7. Upon such audit, it is determined that Defendants owes Plaintiffs delinquent in contributions and liquidated damages to the Funds in the amount of $51,028.21, covering the period January 2010 through September 2012.

8. On or about February 23, 2012, Defendants signed a Promissory Note in favor of Plaintiffs, through which Defendants acknowledged a debt to Plaintiffs in the principal amount of $277,371.22, plus interest at the rate of 1.5% per month, which amounts remain unpaid.

9. Plaintiffs are entitled to make a further audit of Defendants' payroll books and records to cover periods not previously audited by Plaintiffs.

10. Defendants have failed to timely pay all contributions required to be made to the Plaintiff Funds, and have breached the Promissory Note. Accordingly, as provided in the Agreements and Declarations of Trust governing the respective Funds, the Promissory Note, 29 U.S.C. §1132(g)(2) and/or 28 U.S.C. §1961, Plaintiffs are entitled to recover:

      (a)      liquidated damages and interest on all contributions paid late or remaining unpaid;

      (b)      the cost of auditing the payroll books and records of Defendant;

      (c)      costs and expenses of the Trustees, including their reasonable attorneys' fees;

      (d)      post-judgment interest; and

      (e)      costs and attorneys' fees incurred in executing on, or otherwise collecting, this judgment.

11.      Plaintiffs have incurred costs totaling $450.00 and reasonable attorneys' fees totaling $3,677.00.

12.      Plaintiffs have expended the sum of $1,728.24 for the purpose of making an audit of the payroll books and records of the Defendants.

13.      There is no just cause for delay in the entry of a Judgment Order as to the sum of $334,254.67 owed to the Plaintiffs from Defendants.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

A.      That Plaintiffs recover from the Defendants, DAVID KURTZ, individually and d/b/a LANGELAND CONSTRUCTION CO., a/k/a W.C. LANGELAND & CO., INC. and KIMBERLY KURTZ, individually and d/b/a LANGELAND CONSTRUCTION CO., a/k/a W.C. LANGELAND & CO., INC., the total sum of $330,127.67, which includes all amounts due under the Note, and all unpaid contributions due through September 2012, plus liquidated damages and audit costs.

B.      That Plaintiffs recover from the Defendants, DAVID KURTZ, individually and d/b/a LANGELAND CONSTRUCTION CO., a/k/a W.C. LANGELAND & CO., INC. and KIMBERLY KURTZ, individually and d/b/a LANGELAND CONSTRUCTION CO., a/k/a W.C.

LANGELAND & CO., INC., the sum of $450.00 for their costs and $3,677.00 as and for Plaintiffs' just and reasonable attorneys' fees.

    C. That Plaintiffs recover from the Defendants, DAVID KURTZ, individually and d/b/a LANGELAND CONSTRUCTION CO., a/k/a W.C. LANGELAND & CO., INC. and KIMBERLY KURTZ, individually and d/b/a LANGELAND CONSTRUCTION CO., a/k/a W.C. LANGELAND & CO., INC., the total sum of **$334,254.67**, plus post-judgment interest on said amount at the rate required by 28 U.S.C. §1961.

    D. That Plaintiffs are awarded their costs and attorneys' fees to execute on, or otherwise collect, this judgment.

            ENTER:

            */s/ Edmond E. Chang*
            UNITED STATES DISTRICT JUDGE

DATED: December 20, 2012