# UNITED STATES DISTRICT COURT
## for the
# Northern District of Illinois

| | |
|---|---|
| Carpenters Pension Fund of Illinois, et al.<br>*Plaintiff*<br>v.<br>David Kurtz, et al.<br>*Defendant* | Civil Action No. 12 C 3776 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

[x] other:
Judgment is entered in favor of plaintiffs and against Defendants in the total sum of $334,254.67.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

[X] decided by Judge Edmond E. Chang on a motion for entry of judgment.

Date: Dec. 20, 2012

Thomas G. Bruton, Clerk of Court

/S/ Sandra Brooks